

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Steven Keith Green, Appellant

No. 06-18-00139-CR     v.

The State of Texas, Appellee

Appeal from the 432nd District Court of Tarrant County, Texas (Tr. Ct. No. 1095289D). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

     As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

     We note that the appellant, Steven Keith Green, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 16, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk